**Fill in this information to identify the case:**

Debtor 1    Kisha Ann Robinson

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the    Middle    District of    Georgia
                                                                  (State)

Case number    3:16-bk-30340

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI

**Court claim No. (if known):** N/A*

**Last 4 digits** of any number you use to identify the debtor's account: 0036

**Date of payment change:**
Must be at least 21 days after date of this notice    11/1/2017

**New total payment:**
Principal, interest, and escrow, if any    $ 630.94

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ 49.89        **New escrow payment:** $ 148.87

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____ %    **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

| Debtor 1 | Kisha Ann Robinson | | | Case Number *(if known)* | 3:16-bk-30340 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/ *Wanda D. Murray*                                              Date   **September 25, 2017**
     Signature

Print:       Wanda D. Murray                                             Title:   Agent for Creditor
             First Name    Middle Name    Last Name

Company:     Aldridge Pite, LLP

Address:     3575 Piedmont Road, N.E. Suite 500
             Number         Street

             Atlanta        GA                    30305
             City           State                 Zip Code

Contact phone    404   994   7400                                        Email   PCN-PPFN.Inquiries@nationstarmail.com

**\*The above referenced creditor has not filed a Proof of Claim in this case. However, in accordance with Rule 3002.1 of the Federal Rules of Bankruptcy Procedure, this Notice of Mortgage Payment Change is being filed on the court's docket to give notice to all interested parties of the change in the Debtor(s) monthly mortgage payment. If a Proof of Claim is filed subsequent to this Notice of Mortgage Payment Change, all future Notices of Mortgage Payment Change will be filed as supplements to the Proof of Claim.**



**OUR INFO ONLINE**
www.mrcooper.com

8950 Cypress Waters Blvd.
Dallas, TX 75019

September 14, 2017

ESTATE OF BARBARA ROBINSON
1329 BODIE RAYLE RD
ELBERTON GA  30635-4689

**YOUR INFO**
Loan Number:
Case #: 1630340
ESTATE OF BARBARA ROBINSON
Property Address:
1329 BODIE RAYLE RD
ELBERTON,GA 30635

Dear ESTATE OF BARBARA ROBINSON :

**Why am I receiving this letter?**
An escrow analysis was performed on your account.

**What do I need to know?**
Our records indicate your loan is currently in an active bankruptcy proceeding. The enclosed escrow account disclosure statement is for informational purposes only and should not be construed as an attempt to collect a debt.

**What do I need to do?**
If you are represented by an attorney in your bankruptcy, please forward a copy of this letter to such attorney and provide such attorney's name, address and telephone number to us.

If you have any questions, your client's Dedicated Loan Specialist is Priscilla Lyons and can be reached at 866-316-2432 EXT. 3784764 or via mail at address listed above. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT).

Sincerely,

Mr. Cooper
Bankruptcy Department

Enclosure: Escrow Account Disclosure Statement

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC.  Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC.  All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this correspondence shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.






**mr. cooper**
CHANGING THE FACE OF HOME LOANS
8950 Cypress Waters Blvd.
Dallas, TX 75019

ESTATE OF BARBARA ROBINSON
1329 BODIE RAYLE RD
ELBERTON GA  30635-4689

**Escrow Account Disclosure Statement**

**Customer Service**: 888-480-2432
Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 2 p.m. (CT)

**Tax/Insurance**: 888-297-2432
Monday through Friday from 8 a.m. to 5 p.m. (CT)

Your Loan Number:
Statement Date: 09/14/2017

| | |
|---|---|
| **Why am I receiving this?** | Mr.Cooper completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Mr.Cooper maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to avoid a negative balance in the event of changing tax and insurance amounts. |
| **What does this mean for me?** | The escrow analysis is based on the assumption that your loan is current, and all past due payments have been made. Based on this assumption, your Escrow Account is projected to have more money than needed, resulting in a surplus of $4,455.38. If you are behind on your payments this is not a true surplus. If your account is current, the analysis below will show there to be a surplus, as well as changes in your monthly escrow payment. |
| **What do I need to do?** | Due to the status of your loan, we are retaining these funds in your escrow account per RESPA guidelines. Please note that effective 11/01/2017, your new total monthly payment will be $630.94. |

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---:|---:|---:|
| PRINCIPAL AND INTEREST | $482.07 | $0.00 | $482.07 |
| ESCROW | $49.89 | $98.98 | $148.87 |
| **Total Payment** | **$531.96** | **$98.98** | **$630.94** |

*See below for overage calculation*

**What is a Surplus?** A surplus is the difference between the **lowest projected balance and the minimum required balance** of your account for the coming year, as shown below. Please see second page for coming year details.

| Minimum Required Balance | Lowest Projected Balance |
|:---:|:---:|
| $297.72 | $4,753.10 |

Surplus Amount $4,455.38

*Please see the Coming Year Projections table on the back for more details.*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---:|---:|---:|
| COUNTY TAX | $0.00 | $516.40 | $516.40 |
| HAZARD SFR | $82.28 | $1,187.72 | $1,270.00 |
| **Annual Total** | **$82.28** | **$1,704.12** | **$1,786.40** |

*If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at www.mrcooper.com.*

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.
Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this correspondence shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.



INTERNET REPRINT

The change in your escrow payment may be based on one or more of the following factors:

| Payment(s) | Taxes | Insurance |
|---|---|---|
| • Monthly payment(s) received were less than or greater than expected<br>• Monthly payment(s) received earlier or later than expected<br>• Previous overage returned to escrow<br>• Previous deficiency/shortage not paid entirely | • Tax rate and/or assessed value changed<br>• Exemption status lost or changed<br>• Supplemental/Delinquent tax paid<br>• Paid earlier or later than expected<br>• Tax installment not paid<br>• Tax refund received<br>• New tax escrow requirement paid | • Premium changed<br>• Coverage changed<br>• Additional premium paid<br>• Paid earlier or later than expected<br>• Premium was not paid<br>• Premium refund received<br>• New insurance escrow requirement paid<br>• Force placed insurance premium paid |

### Prior Year Account History and Coming Year Projections

**This is a statement of the actual activity in your escrow account from 05/17 through 10/17.** This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements and balances for the coming year. The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

**Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year.** Under Federal Law (RESPA) the lowest monthly balance in your escrow account should be no less than $297.72 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $4,753.10 will be reached in June 2018. When the minimum required balance is subtracted from your lowest projected balance, an Escrow Surplus results in the amount of $4,455.38. **These amounts are indicated with an arrow (<).**

*This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.*

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Start | $349.23 | $0.00 |
| 05/17 | $49.89 | $49.89 E | $0.00 | $0.00 |  | $399.12 | $49.89 |
| 06/17 | $49.89 | $49.89 | $0.00 | $2,277.23 * | Esc pay adj | $449.01 | ($2,177.45) |
| 06/17 | $0.00 | $0.00 | $82.28 | $0.00 | HAZARD SFR | $366.73 | ($2,177.45) |
| 07/17 | $49.89 | $282.43 E | $0.00 | $0.00 |  | $416.62 | ($1,895.02) |
| 08/17 | $49.89 | $282.43 E | $0.00 | $0.00 |  | $466.51 | ($1,612.59) |
| 09/17 | $0.00 | $8,131.35 E | $0.00 | $0.00 | Anticipated Payments 08/11-04/17 | $466.51 | $6,518.76 |
| 09/17 | $0.00 | $0.00 | $0.00 | $1,270.00 * | HAZARD SFR | $466.51 | $5,248.76 |
| 09/17 | $49.89 | $49.89 E | $0.00 | $0.00 |  | $516.40 | $5,298.65 |
| 10/17 | $49.89 | $49.89 E | $0.00 | $0.00 |  | $566.29 | $5,348.54 |
| Total | $299.34 | $8,895.77 | $82.28 | $3,547.23 | Total | $566.29 | $5,348.54 |

| Month | Projected Payment |  | Projected Disbursements |  | Description | Current Balance | Required Balance Projection |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Start | $5,348.54 | $893.16 |
| 11/17 | $148.87 |  | $516.40 |  | COUNTY TAX | $4,981.01 | $525.63 |
| 12/17 | $148.87 |  | $0.00 |  |  | $5,129.88 | $674.50 |
| 01/18 | $148.87 |  | $0.00 |  |  | $5,278.75 | $823.37 |
| 02/18 | $148.87 |  | $0.00 |  |  | $5,427.62 | $972.24 |
| 03/18 | $148.87 |  | $0.00 |  |  | $5,576.49 | $1,121.11 |
| 04/18 | $148.87 |  | $0.00 |  |  | $5,725.36 | $1,269.98 |
| 05/18 | $148.87 |  | $0.00 |  |  | $5,874.23 | $1,418.85 |
| 06/18 | $148.87 |  | $1,270.00 |  | HAZARD SFR | $4,753.10 | $297.72 < |
| 07/18 | $148.87 |  | $0.00 |  |  | $4,901.97 | $446.59 |
| 08/18 | $148.87 |  | $0.00 |  |  | $5,050.84 | $595.46 |
| 09/18 | $148.87 |  | $0.00 |  |  | $5,199.71 | $744.33 |
| 10/18 | $148.87 |  | $0.00 |  |  | $5,348.58 | $893.20 |
| Total | $1,786.44 |  | $1,786.40 |  | Total | $5,348.58 | $893.20 |

**Bankruptcy Adjustment** - The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions about this statement, please call our **Customer Service Department toll-free at 888-480-2432.**

Note: Any disbursements listed after the date of this statement are assumed to be projected or estimated.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA - ATHENS DIVISION**

| | |
|---|---|
| IN RE: | ) Case No. 3:16-BK-30340 |
| | ) |
| Kish Ann Robinson, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the October 5, 2017, I served a copy of Notice of Mortgage Payment Change which was filed in this bankruptcy matter on October 5, 2017, in the manner indicated:

**The following parties have been served by the Court by the virtue of their participation in the CM/ECF system**:

Darrell L. Burrow
Burrow & Associates, LLC
court@legalatlanta.com

Camille Hope
Office of the Chapter 13 Trustee
docomt@chapter13macon.com

**The following parties have been served via U.S. First Class Mail**:

Kisha Ann Robinson
1329 Bodie Rayle Road
Elberton, GA 30635


**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: October 5, 2017            Signature: /s/Michael L. Tidwell
                                  Printed Name: MICHAEL L. TIDWELL
                                  Address:    Aldridge Pite, LLP
                                              Fifteen Piedmont Center
                                              3575 Piedmont Road, N.E.,
                                              Suite 500
                                              Atlanta, GA 30305
                                  Phone:    (404) 994-7400
                                  Fax:      (888) 873-6147